FLN (Rev. 3/2007) Deficiency Order  Page 1 of 1
3:08cr26LAC - UNITED STATES OF AMERICA vs. WHITNEY ALLEN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs  Case No.3:08cr26LAC

WHITNEY ALLEN

## ORDER

Your document, **PETITION FOR RECONSIDERATION OF SENTENCE**, was referred to the undersigned with the following deficiencies:

> The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that the document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiency.

DONE and ORDERED this 21st day of October, 2008.

                                          *s/L.A. Collier*
                                        LACEY A. COLLIER
                                        SENIOR UNITED STATES DISTRICT JUDGE